UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VICTORIA DICKS,

                      Plaintiff,                     **ORDER**

        -against-                     **22-CV-8063 (LJL) (JW)**

MIGNON FAGET, LTD.,

                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 11. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by January 6, 2023 at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in February. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:     New York, New York
               December 22, 2022

                                              *Jennifer E. Willis*
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge